UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

CHRISTOPHER DEVON KORNEGAY,  )
                                             )      **CASE NO. 16-03284-5-DMW**
                                             )      **CHAPTER 13**
    **DEBTOR.**                          )
_____)

## NOTICE OF SPECIAL APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      Please take notice that the undersigned counsel hereby enters a special appearance on behalf of GMAC f/k/a General Motors Acceptance Corporation and, pursuant to 11 U.S.C. §342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.  Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including without limitation the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which GMAC f/k/a General Motors Acceptance Corporation reserves without prejudice.

   Dated: June 27, 2016

                           KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

                            By:/s/*David P. Nanney, Jr.*
                            David P. Nanney, Jr.
                            N.C. State Bar No. 13056
                            Attorneys for GMAC f/k/a General Motors
                            Acceptance Corporation
                            P. O. Box 19806
                            Raleigh, NC   27619-9766
                            Telephone:  (919) 848-9640
                            Facsimile:   (919) 848-8755
                            Email: dnanney@kirschlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

>Christopher Devon Kornegay
>1137 LaGrange Road
>La Grange NC 28551

>Craig I. Bryant
>202 S. William Street
>Goldsboro NC 27530

>Joseph A. Bledsoe, III
>P.O. Box 1618
>New Bern NC 28563

This the 27th day of June, 2016.

>/s/*Lou Ann Goodnight*
>Lou Ann Goodnight
>Paralegal